LAW OFFICES OF BILL LATOUR
JESSICA WARNER [CSBN: 257274]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 954-2380
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA –EASTERN DIVISION

| | |
|---|---|
| CRISTOBAL CASTELLANOS,<br>   Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>   Defendant. | No: 5:23-cv-00783-MAA<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of ONE THOUSAND EIGHT HUNDRED NINETEEN DOLLARS AND 49/100 ($1,819.19) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: August 8, 2023        _____
                                      HON. MARIA A. AUDERO
                                      UNITED STATES MAGISTRATE JUDGE